DLM

PROB 22
(Rev. 8/97)

# TRANSFER OF JURISDICTION

| | | | |
|---|---|---|---|
| | | DOCKET NUMBER *(Tran. Court)*<br>5:05-po-01184 | |
| | | DOCKET NUMBER *(Rec. Court)*<br>CR05-112 S | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br>Mauro De Oliveira-Cardoso<br>Unknown | DISTRICT<br>SOUTHERN DISTRICT OF TEXAS | DIVISION<br>Laredo | |
| | NAME OF SENTENCING JUDGE<br>Marcel C. Notzon | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>4/5/05 | TO<br>4/4/08 |

OFFENSE

Illegal Entry (Misdemeanor)in violation of 8 U.S.C. 1325§(a)(1)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, LAREDO DIVISION

It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the DISTRICT OF RHODE ISLAND on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

9-16-2005
*Date*

[signature]
*United States District/Magistrate Judge*

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE RHODE ISLAND, PROVIDENCE DIVISION

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

10/5/05
*Effective Date*

[signature]
*United States District Judge*