AO91 (Rev 8/01) Criminal Complaint

# United States District Court

United States District Court Southern District of Texas FILED APR 0 5 2005 Michael N. Milby, Clerk

SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.
**Mauro De Oliveira-Cardoso**
**Acrelandia, Acre**
**Brazil**

## CRIMINAL COMPLAINT

Case Number: **L-05-PO** 1184

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **March 27, 2005** (Date) in **Laredo, Texas** **Webb** County, in the **Southern** District of **Texas,** **Mauro De Oliveira-Cardoso** defendant(s),

a **Brazilian** alien, did unlawfully enter and attempt to enter the United States at a place other than as designated by immigration officers

in violation of Title **8** United States Code, Section(s) **1325 (a) (1)**

I further state that I am a(n) **Senior Border Patrol Agent** (Official Title) and that this complaint is based on the following facts: based on statements of the accused and records of the Immigration & Naturalization Service.

Furthermore, it is based on verbal statements by, **Mauro De Oliveira-Cardoso**, who admitted to being a citizen of **Brazil**, who entered and attempted to enter illegally into the United States by wading the Rio Grande River near, **Laredo, Texas**, thus avoiding immigration inspection, nor having proper documents to enter, travel through, or remain in the United States. This illegal entry and attempted entry took place on **March 27, 2005**

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Signature of Complainant

ERIC HIGH
Printed Name of Complainant

Sworn to before me and signed in my presence,

**April 5, 2005** at Laredo, Texas
Date City and State

**Marcel C. Notzon**
U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer