**UNITED STATES DISTRICT COURT**
**For the Southern District of Texas**

UNITED STATES OF AMERICA
Plaintiff

v.

Case No.: 5:05–po–01184
Magistrate Judge Marcel C. Notzon

Mauro De Oliveira–Cardoso
Defendant

---

## JUDGMENT IN A CRIMINAL CASE

THE DEFENDANT ENTERED A PLEA OF: GUILTY

THERE WAS A: FINDING OF GUILTY

THE DEFENDANT IS CONVICTED OF THE OFFENSE OF: did unlawfully enter and attempt to enter the United States at a place other than as designated by Immigration Officers, in violation of Title 8, United States Code, Section 1325(a)(1), as charged by Criminal Complaint.

IT IS THE JUDGMENT OF THIS COURT THAT: the Defendant is placed on probation without supervision for a term of THREE (3) YEARS, with special condition of probation that the Defendant not return or attempt to return to the United States illegally.

In addition to any conditions of probation imposed above, IT IS ORDERED that the conditions of probation set out below are imposed:

*ADDITIONAL CONDITIONS OF PROBATION*

*Where probation has been ordered the Defendant shall:*

1. *Refrain from violation of any law (federal, state, and local) and get in touch immediately with your probation officer if arrested or questioned by a law–enforcement officer;*
2. *Associate only with law–abiding persons and maintain reasonable hours;*
3. *Work regularly at a lawful occupation and support your legal dependants, if any, to the best of your ability. (When out of work notify your probation officer at once, and consult him/her prior to any job changes);*
4. *Not leave the judicial district without permission of the probation officer;*
5. *Notify your probation officer immediately of any changes in your place of residence;*
6. *Follow the probation officer's instructions and report as directed.*

*The Court may change the conditions of probation, reduce or extend the period of probation, and at any time during the probation period, or within the maximum probation period of 5 years permitted by law, may issue a warrant and revoke probation for a violation occurring during the probation period.*

IT IS FURTHER ORDERED that the Defendant shall pay a total special assessment of $10.00 pursuant to Title 18, U.S.C. Section 3013.

IT IS FURTHER ORDERED that the Defendant shall notify the United States Attorney for the District within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Date of Imposition of Sentence: **4/5/05**

SIGNED AND ENTERED ON DOCKET: **4/6/05**.

**Marcel C. Notzon**
**United States Magistrate Judge**