# U.S. District Court
# Southern District of Texas (Laredo)
# CRIMINAL DOCKET FOR CASE #: 5:05-po-01184-ALL

Case title: USA v. De Oliveira-Cardoso

Date Filed: 04/05/2005

---

Assigned to: Magistrate Judge Marcel C. Notzon

**Defendant**

**Mauro De Oliveira-Cardoso** (1)
*TERMINATED: 04/05/2005*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

---

**Plaintiff**

**USA**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/05/2005 | 1 | Complaint/Minute Entry/Judgment. Having previously been sworn in, the Case Agent presented the Criminal Complaint to the Court. The Court accepted the Criminal Complaint. The Federal Public Defender was appointed to represent the Defendant. The Defendant consented to trial before the U.S. Magistrate Judge. The Defendant was advised of, and waived, the following rights: The right to trial, judgment and sentencing before a United States District Judge; The right to at least thirty (30) days to prepare for trial before the Magistrate Judge; The right to remain |

| | | |
|---|---|---|
| | | silent; The right to bring witnesses and present testimony on his/her behalf; The right to confront and cross-examine witnesses. The Defendant was arraigned on the charge(s) contained in the criminal complaint. The Defendant pled guilty to the charge(s) contained in the criminal complaint. The Court accepted the Defendant's guilty plea. The Defendant was sentenced as outlined in the Judgment signed this day. (Attachments: # 1 Complaint) Parties notified. (rmoncivais, ) (Entered: 04/06/2005) |
| 04/05/2005 | 2 | Statutory Warnings as to Mauro De Oliveira-Cardoso, filed. (rmoncivais, ) (Entered: 04/07/2005) |
| 08/10/2005 | 3 | PROBATION FORM 12 as to Mauro De Oliveira-Cardoso Court recommends The issuance of a warrant and no bond set. It is further ordered that the TSR be tolled effective the date of the warrant. ( Signed by Judge Marcel C. Notzon ). Parties notified. (mmarquez) (Entered: 08/30/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/07/2005 12:53:10 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:05-po-01184 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |