PROB 12C
(SD) MAGISTRATE COURT
MCN - SDTX
FILED
AUG 1 0 2005
RM
Michael N. Milby, Clerk
Laredo Division

# UNITED STATES DISTRICT COURT
# for the
# SOUTHERN DISTRICT OF TEXAS

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Mauro De Oliveira-Cardoso Case Number: 5:05-po-01184-001

Name of Sentencing Judge: The Honorable Marcel C. Notzon

Date of Original Sentence: 04/05/05

Original Offense: Unlawfully enter and attempt to enter the United States at a place other than as designated by immigration officers, in violation of 8 U.S.C. § 1325(a)(1)

Original Sentence: 3 years probation without supervision, with special condition not to return or attempt to return to the United States illegally, and $10 special assessment fee.

Type of Supervision: Probation Supervision Started: 04/05/05

---

## EARLIER COURT ACTION

None

---

## PETITIONING THE COURT

TO ISSUE A WARRANT for defendant located in custody of the United States Border Patrol in Middletown, Rhode Island.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | New Law Violations: Illegal Re-entry (Felony) and Driving Without a License |

Details: On July 25, 2005, probationer De Oliviera-Cardoso was arrested by the Middletown Police Department in Middletown Rhode Island for Driving Without a License. He was trun over to U.S. Border Patrol custody where he remains in custody pending possible prosecution for Title 8 U.S.C. § 1326, Re-entry After Deportation.

| | |
|---|---|
| 2 | Violation of special condition ordering defendant not to return to the United States illegally. |

Details: On July 25, 2005, probationer De Oliviera-Cardosa admitted to U.S. Border Patrol Officers to have entered the United States without inspection on or about May 10, 2005, at or near Laredo, Texas.

Warrant issued

U.S. Probation Officer Recommendation: The issuance of a probation violator's warrant to assure his presence at a revocation hearing to show cause why his probation should not be revoked; and no bond be set.

[ X ] The term of supervision should be
[ X ] revoked.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Approved:

Jo Anne Brooks, Supervising
U.S. Probation Officer

Respectfully submitted:

by

Francisco X. Castillo
U.S. Probation Officer
August 2, 2005

---

THE COURT ORDERS:

[ ] No Action

[✓] The Issuance of a Warrant, and no bond be set. It is further ordered that the term of supervised release be tolled effective the date of the warrant.

[ ] That the defendant be summoned to appear before the Court on ____________________ at ____________________ for a Supervised Release revocation hearing to show cause why his Supervised Release should not be revoked.

[ ] Other ____________________________________

Marcel C. Notzon
United States Magistrate Judge

8-10-2005
Date